1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ASARCO LLC,                                    No. C 11-01384 WHA

11              Plaintiff,

12      v.                                          **ORDER GRANTING
                                                    LEAVE TO FILE FIRST
13   SHORE TERMINALS LLC, KINDER                    AMENDED COMPLAINT**
     MORGAN ENERGY PARTNERS LP, and
14   CELANESE CHEMICAL COMPANY,

15              Defendants.

16   _____/

17         Plaintiff's motion for leave to file first amended complaint is **GRANTED**.  Plaintiff's first

18   amended complaint [Dkt. 52] is hereby deemed filed.  Defendants may respond to the first

19   amended complaint via answer or motion in the normal course.

20

21      **IT IS SO ORDERED.**

22

23   Dated: September 16, 2011.

24                                                  _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

United States District Court
For the Northern District of California