**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASARCO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SHORE TERMINALS LLC, KINDER MORGAN ENERGY PARTNERS LP, and CELANESE CHEMICAL COMPANY,<br><br>  Defendants.<br>_____ / | No. C 11-01384 WHA<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff's motion for leave to file first amended complaint is **GRANTED**. Plaintiff's first amended complaint [Dkt. 52] is hereby deemed filed. Defendants may respond to the first amended complaint via answer or motion in the normal course.

**IT IS SO ORDERED.**

Dated: September 16, 2011.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE