United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASARCO LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SHORE TERMINALS LLC, a Delaware corporation, KINDER MORGAN ENERGY PARTNERS LP, a Delaware limited partnership, CELANESE CHEMICAL COMPANY, a Delaware corporation, UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, UNION PACIFIC CORPORATION, a Utah corporation, and DOES 1–50, inclusive,<br><br>    Defendants.<br>                                                  / | No. C 11-01384 WHA<br><br>**ORDER LIFTING PRÉCIS SYSTEM AND GRANTING REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT** |

     A précis system was put in place in this action as a prerequisite to bringing motions because the undersigned judge was in a large-scale criminal trial. The trial has now ended. The précis system is hereby lifted and motions may now be brought without regard to seeking advanced permission. Counsel are still requested to take care to engage only in fruitful motion practice.

     Defendant CNA Holdings, LLC, erroneously named as Celanese Chemical Company, has filed a request seeking permission to file a motion for summary judgment. In light of this order lifting the précis system, the request is **GRANTED**.

     **IT IS SO ORDERED.**

Dated: April 18, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE