IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASARCO LLC, a Delaware corporation,

    Plaintiff,

v.

SHORE TERMINALS LLC, a Delaware corporation; KINDER MORGAN ENERGY PARTNERS LP, a Delaware limited partnership; CELANESE CHEMICAL COMPANY, a Delaware corporation; UNION PACIFIC RAILROAD COMPANY, a Utah corporation; and, and UNION PACIFIC CORPORATION, a Utah Corporation, and Does 1-50, inclusive,

    Defendants.

No. C 11-01384 WHA

**JUDGMENT**

For the reasons stated in the order dated June 6, 2012, granting summary judgment in favor of defendant CNA Holdings, LLC (erroneously named as Celanese Chemical Company, Inc.) at docket number 122, and the stipulation and order for entry of final judgment in favor of defendants Union Pacific Railroad Company, and Union Pacific Corporation filed at docket number 135, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants CNA Holdings, LLC (erroneously named as Celanese Chemical Company, Inc.), Union Pacific Railroad Company, and Union Pacific Corporation and against plaintiff Asarco LLC. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE